IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams Sr, David J | Case Number:  07 B 13883 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/13/08 | Filed:  8/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  March 31, 2008
Confirmed:  September 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,245.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,123.77 |
| Trustee Fee: | | 121.23 |
| Other Funds: | | 0.00 |
| Totals: | 2,245.00 | 2,245.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 2,123.77 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 21,888.00 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 3,500.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 311.89 | 0.00 |
| 7. | American General Finance | Unsecured | 4,015.28 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 210.04 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 3,107.01 | 0.00 |
| 10. | Illinois Dept of Unemployment | Unsecured | 883.91 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 233.38 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 438.81 | 0.00 |
| 13. | Chase | Unsecured | | No Claim Filed |
| 14. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 15. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 16. | Discover Financial Services | Unsecured | | No Claim Filed |
| 17. | Mari-Kathleen Zaraza PC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 37,422.32 | $ 2,123.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 121.23 |
| | _____ |
| | $ 121.23 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams Sr, David J | Case Number: 07 B 13883 |
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 8/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

